IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:18-cr-442 (TCB) |
| ) | |
| JOSE VASQUEZ-CHICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Due to the national emergency resulting from the spread of the Corona virus and in compliance with General Orders 2020-2, 2020-3, and 2020-6, it is hereby

ORDERED that the plea and sentencing hearing scheduled for Thursday, March 26, 2020 be and is CANCELLED until further notice.

Should the defendant and his counsel wish to proceed with the plea and sentencing hearing by video, that may be possible, depending on the availability of the video conferencing facilities and the defendant's and defense counsel's waiver of the defendant's right to be physically present in the courtroom for such proceeding.

The Clerk is directed to remove this matter from the March 26, 2020 docket and forward copies of this Order to counsel of record and the United States Marshals Service.

Entered this 24th day of March, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge